IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOTHY MCGRAW, EMILY COHEN, DANIELLE BYRD : <br>    **Plaintiffs,** : <br> : <br>    v. : <br> : <br> ALTUGLAS LLC, TRINSEO LLC A/K/A TRINSEO PLC, : <br>    **Defendants.** : | Civ. No. 23-1824 |

# O R D E R

On May 15, 2023, Defendants removed this case to this court pursuant to 28 U.S.C. § 1332. (Doc. No. 1.)  On August 23, 2023, Plaintiffs filed a Notice of Voluntary Dismissal.  (Doc. No. 19.)

**AND NOW**, this 29th day of August, 2023, Plaintiffs' Notice of Voluntary Dismissal (Doc. No. 19) is **APPROVED**.  See In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Prods. Litig., 85 F. App'x 845, 847 (3d Cir. 2004) ("The decision whether to grant a motion for voluntary dismissal under Rule 41 is within the district court's sound discretion."); Order, Stephenson v. Erie Indem. Co., No. 21-1444, Doc. No. 13 (W.D. Pa. Nov. 3, 2021) (approving voluntary dismissal by plaintiffs after defendants removed by invoking federal jurisdiction under CAFA).  It is hereby **ORDERED** that this matter is **DISMISSED without prejudice**.  The Clerk of Court is directed to mark this case **CLOSED**.

               **AND IT IS SO ORDERED.**

                /s/ Paul S. Diamond
                _____
                Paul S. Diamond, J.